UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>**4055 NW 21st STREET, REDMOND, OREGON, DESCHUTES COUNTY, STATE AND DISTRICT OF OREGON, REAL PROPERTY WITH BUILDINGS, APPURTENANCES AND IMPROVEMENTS,** *in rem*,<br><br>    Defendant. | 6:20-cv-00240-MO<br><br>ORDER OF DISMISSAL AND CERTIFICATE OF REASONABLE CAUSE |

Based upon the government's Motion for Voluntary Dismissal (ECF No. 32) and the records filed in this action,

IT IS HERBY ORDERED that this action is dismissed with prejudice.

Pursuant to 28 U.S.C. § 2465, this Court CERTIFIES that there was reasonable cause for the arrest of the defendant, 4055 NW 21st Street, Redmond, Oregon, *in rem*, and that no federal, state, county, or city official or agency involved in such arrest be liable to suit or judgment.

\\\

\\\

\\\

The parties shall bear their own costs and attorney fees in this matter.

IT IS SO ORDERED this ⟨16th⟩ day of December 2022.

                                                       HONORABLE MICHAEL W. MOSMAN
                                                       United States District Judge

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

s/ *Amy E. Potter*
AMY E. POTTER
Assistant United States Attorney